SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
MICHELLE Y. MAGSAYSAY Bar No.
michelle.magsaysay@ sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>SALLIE MAE GARRISON AND RUTH LAGRANGE,<br><br>                    Defendant. | Case No.  CV 11-1917 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(A)(1) |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

DATED:  July 20, 2011           SEDGWICK LLP



                                By:   *s/ Michelle Y. Magsaysay*
                                      Rebecca A. Hull
                                      Michelle Y. Magsaysay
                                      Attorneys for Plaintiff
                                      METROPOLITAN LIFE INSURANCE COMPANY

1 | DATED: July 1, 2011

2 | By: *s/ Sallie Mae Garrison*
Sallie Mae Garrison
3 | Defendant

4 | DATED: June 23, 2011

5 |

6 |

7 | By: *s/ Ruth LaGrange*
Ruth LaGrange
Defendant

8 |

9 | IT IS SO ORDERED.

10 | Dated: __7/21/2011__

11 | Hon. Claudia Wilken
United States District Judge